United States Bankruptcy Court
Western District of Michigan

| | |
|---|---|
| In re: | Case No. 23-01873-jtg |
| Ashley Simone Gardner | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0646-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 02, 2025 | Form ID: closbkn | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ashley Simone Gardner, PO Box 7163, Grand Rapids, MI 49510-7163 |
| 8861942 | + | Timber Ridge Wyoming Apartments LLC, 4345 Timber Ridge Trl, Wyoming MI 49519-4285 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 8896640 | | Email/Text: BKelectronicnotices@cenlar.com | Jul 02 2025 21:33:00 | CMG Mortgage, PO Box 77404, Ewing NJ 08628 |
| 8896641 | | Email/Text: ebnnotifications@creditacceptance.com | Jul 02 2025 21:33:00 | Credit Acceptance, 25505 W 12 Mile Rd, Southfield MI 48034 |
| 8861941 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 02 2025 21:46:27 | Capital One, 1680 Capital One Drive, McLean VA 22102-3407 |
| 8861940 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 02 2025 21:34:00 | Nelnet, 121 South 13th Street, Suite 100, Lincoln NE 68508-1922 |
| 8896639 | + | Email/Text: bk@worldacceptance.com | Jul 02 2025 21:34:28 | World Acceptance Corporation, PO Box 6429, Greenville SC 29606-6429 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8861943 | | World Finance |
| 8896635 | *+ | Nelnet, Inc, 121 South 13th Street, Suite 100, Lincoln NE 68508-1922 |
| 8861944 | *+ | Timber Ridge Wyoming Apartments LLC, 4345 Timber Ridge Trl, Wyoming MI 49519-4285 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 04, 2025 | Signature: | /s/Gustava Winters |

| | | |
|---|---|---|
| District/off: 0646-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 02, 2025 | Form ID: closbkn | Total Noticed: 7 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Marcia R. Meoli | trustee@meolilaw.com  mrm@trustesolutions.net |
| Marcia R. Meoli | on behalf of Trustee Marcia R. Meoli mmeoli@meolilaw.com  Mmeoli@Jubileebk.net |
| Michael V. Maggio | michael.v.maggio@usdoj.gov |
| Michael V. Maggio | on behalf of Plaintiff United States Trustee michael.v.maggio@usdoj.gov |

TOTAL: 4

Form CLOSBKN (10/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Ashley Simone Gardner**<br>PO Box 7163<br>Grand Rapids, MI 49510<br>SSN: xxx–xx–8408<br><br>**Debtor** | Case Number 23–01873–jtg<br><br>Chapter 7<br><br>Honorable John T. Gregg |

# NOTICE OF CHAPTER 7 CASE CLOSED
# WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge for the reason(s) indicated below.

An Order of Dismissal or an Order Denying/Revoking Discharge was issued by this Court.



Michelle M. Wilson
Clerk of Court

**Dated:** July 2, 2025

[1] *Aliases for Debtor Ashley Simone Gardner : aka Ashley Simone Thurman*